AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 11:39 am, May 02, 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-cr-00129 |
| | ) | Assigned To: Sooknanan, Sparkle L. |
| **Ashaad Turner** | ) | Assign Date: 5/1/2025 |
| | ) | Description: INDICTMENT (B) |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ashaad Turner

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

Date:   05/01/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Hon. Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/2/2025 , and the person was arrested on *(date)* 5/5/2025 at *(city and state)* Washington, DC . |
| Date: 5/5/2025 |
| *Arresting officer's signature* |
| CEstrada DUSM |
| *Printed name and title* |